PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 241230

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80166-CR-COOKE

**Request for Modifying the Conditions or Term of Supervision**  
**With Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Robert L. Walsh

Name of Sentencing Judicial Officer: The Honorable Kenneth L. Ryskamp, Senior United States District Judge, West Palm Beach, Florida

Reassigned Judicial Officer: October 12, 2016: The Honorable Marcia G. Cooke, United States District Judge, Miami, Florida

Date of Original Sentence: January 9, 2014

Original Offense: Conspiracy to commit mail fraud, 18 U.S.C. 1349, a Class C felony

Original Sentence: 72 months Bureau of Prisons, followed by 3 years supervised release, with the following special conditions: 1) Association Restriction; 2) Financial Disclosure Requirement; 3) Permissible Search; 4) Related Concern Restriction; 5) Substance Abuse Treatment. He was also ordered to pay a $100 special assessment and restitution in the amount of $403,652.60.

Type of Supervision: Supervised Release    Date Supervision Commenced: May 6, 2019

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.  
☒ To modify the conditions of supervision as follows:

**You shall reside and participate in a Sober Recovery House for a period of 3 months.**

### CAUSE

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 30, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. Independent testing remains

PROB 12B  
(SD/FL 9/96)                                                                                               SD/FL PACTS No. 241230

pending. The defendant also signed an admission of drug use form admitting to cocaine use.

On May 6, 2019, the defendant was released on supervision. On May 30, 2019, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory. Independent testing remains pending. The defendant also signed an admission of drug use form admitting to cocaine use before May 30, 2019, and new use after that date. The June 3, 2019, drug testing results are pending but the defendant believes they will be positive too. The defendant reports he has reverted to his old behavior of spending time at bars and associating with drug using peers. To address the new drug use and high-risk behavior, the defendant was recommended by this officer to find a sober living facility to strengthen his ability to stay drug free.

On June 3, 2019, the defendant found a sober living facility called the Ability Sober Recovery House in West Palm Beach, Florida, that would take him in.

Additionally, the defendant has started substance abuse treatment at Dolan Mental Health treatment and reports he will be attending Alcoholic Anonymous meetings in the community. The defendant is presently employed at Mike's Auto Sales as a sales person.

To address these violations and his relapse behavior the defendant was recommended by the probation office to attend the Sober Recovery House for 3 months. The defendant voluntarily signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release.

**RECOMMENDATION:**

It is respectfully recommended that Your Honor modify the defendant's supervision to include that the defendant shall reside and participate in a Sober Recovery House for a period of 3 months. It is hoped with treatment and this intervention, it will strengthen his ability to cope and be accountable for his behavior.

Should Your Honor be in agreement with this request, please sign this petition ordering the modification that the defendant shall reside and participate in a Sober Recovery House for a period of 3 months.

Respectfully submitted,

by: _____  
      Heath M. Schur  
      Jun 5 2019 12:33 PM  

Heath Schur  
Senior United States Probation Officer  
Office: (561)804-6892  
Cellular: (954)854-8349  
Date: June 4, 2019

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 241230

THE COURT ORDERS:

☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

6-17-19
_____
Date